**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CALVIN HAMILTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 4:04CV161-DJS |
| | ) | |
| **CHARLES DWYER,** | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #15] is accepted and adopted.

Dated this   6th   day of September, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE